## TEXAS COMPANY v. STATE BOARD OF EQUALIZATION et al.

No. 24344.   Feb. 12, 1935.

Ames, Cochran, Ames & Monnet, for plaintiff in error.

J. Berry King, Atty. Gen., for defendants in error.

PER CURIAM. Indian Territory Illuminating Oil Co. v. State Board of Equalization et al., cause No. 24271, this day decided (170 Okla. 517, 41 P. [2d] 453), having disposed of this matter, the appeal is dismissed.